No. 98–6644. SARGENT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6645. PACHECO-IZAZAGA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6648. MARTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6650. MARTIN *v.* UNIVERSITY OF TEXAS HEALTH CENTER. C. A. 5th Cir. Certiorari denied.

No. 98–6653. WAGONER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6654. VILLEGAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6655. MIRANDA VASQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6656. WITTERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6657. WILEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6663. ANDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6668. NABORS ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6669. IMAM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6671. MCCAULEY *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–6689. RADMALL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6690. STEINER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6695. IGLESIA CRUZ *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.